UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,

  vs.

JOHN DOE subscriber assigned IP address
141.149.44.224,

      Defendant.

------------------------------------------------------------X

Case No. 1:25-cv-01274-CM



## MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of Jorge Arco in support of this motion; (3) Declaration of Patrick Paige in support this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Fios, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 03/02/2025

              Respectfully submitted,

            By: /s/ *Jacqueline M. James*
              Jacqueline M. James, Esq. (1845)
              The James Law Firm, PLLC
              445 Hamilton Avenue
              Suite 1102
              White Plains, New York 10601
              T: 914-358-6423
              F: 914-358-6424
              E-mail: jjames@jacquelinejameslaw.com
              *Attorneys for Plaintiff*

4/15/2025
granted
[signature]

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel at this time.

By: /s/ Jacqueline M. James